S

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NOE CANELA,<br>NICOLAS CUEVAS FLORES,<br>JARVIS HAVIOR,<br>  a/k/a "J Bo,"<br>DWIGHT TURNER,<br>  a/k/a "Wight,"<br>ANRICO TAYLOR,<br>  a/k/a "Rico,"<br>TYRONE HITCHCOCK,<br>  a/k/a "T Y,"<br>MACARTHUR REEVES,<br>  a/k/a "Mac,"<br>PERRY MILLER,<br>ARTURO MARSHALL,<br>  a/k/a "Turo,"<br>PAUL BENTLEY,<br>  a/k/a "Old School,"<br>ALICIA NUGENT,<br>DAWN CAREY,<br>PAUL COLLINS,<br>BRUCE HARRISON,<br>RONALD BREWER,<br>MATTHEW CAMERON,<br>ANNIE COLLINS,<br>AMBER VANCLIEF,<br>RYAN RICKARD,<br>LAMONT JACKSON,<br>MAEGAN SIMMONS,<br>PARIS BINION,<br><br>    Defendants. | INDICTMENT<br><br>CRIMINAL NO. 5:22-CR-<br><br>**FILED UNDER SEAL**<br><br>VIOLATIONS:<br><br>21 U.S.C. § 856<br>21 U.S.C. § 846<br>21 U.S.C. § 841 (a)(1)<br>21 U.S.C. § 841 (b)(1)(A)<br>21 U.S.C. § 841 (b)(1)(B)<br>21 U.S.C. § 841 (b)(1)(C)<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 924(c)(1)(A)<br>18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
(CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCES)

From on or about July 1, 2020, and continuing to on or about November 1, 2021, in the Macon Division of the Middle District of Georgia, and elsewhere, the defendants,

> NOE CANELA,
> NICOLAS CUEVAS FLORES,
> JARVIS HAVIOR,
> a/k/a "J Bo,"
> DWIGHT TURNER,
> a/k/a "Wight,"
> ANRICO TAYLOR,
> a/k/a "Rico,"
> TYRONE HITCHCOCK,
> a/k/a "T Y,"
> MACARTHUR REEVES,
> a/k/a "Mac,"
> PERRY MILLER,
> ARTURO MARSHALL,
> a/k/a "Turo,"
> PAUL BENTLEY,
> a/k/a "Old School,"
> ALICIA NUGENT,
> DAWN CAREY,
> PAUL COLLINS,
> BRUCE HARRISON,
> RONALD BREWER,
> MATTHEW CAMERON,
> ANNIE COLLINS,
> AMBER VANCLIEF,
> RYAN RICKARD,
> LAMONT JACKSON,
> MAEGAN SIMMONS,
> PARIS BINION,

knowingly and intentionally conspired and agreed together and with each other, and other persons both known and unknown to the Grand Jury, to commit the following offenses against the United States: to possess with intent to distribute and to distribute five kilograms or more of methamphetamine, a Schedule II controlled substance; a mixture or substance containing a

2

detectable amount of cocaine, a Schedule II controlled substance; and a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance. All in violation of Title 21 United States Code, Section 846, in connection with Title 21, United States Code, Section 841(a)(1), Section 841(b)(1)(A)(viii), and Section 841(b)(1)(C).

## COUNT TWO
### (DISTRIBUTION OF METHAMPHETAMINE)

That on or about July 30, 2020, in the Macon Division of the Middle District of Georgia, the defendant,

**JARVIS HAVIOR,**
**a/k/a "J Bo,"**

aided and abetted by other persons both known and unknown to the Grand Jury, did knowingly and intentionally distribute a Schedule II controlled substance, to wit: at least five grams or more of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii), and Title 18, United States Code, Section 2.

## COUNT THREE
### (DISTRIBUTION OF METHAMPHETAMINE)

That on or about July 30, 2020, in the Macon Division of the Middle District of Georgia, the defendant,

**JARVIS HAVIOR,**
**a/k/a "J Bo,"**

aided and abetted by other persons both known and unknown to the Grand Jury, at a time different from that alleged in Count Two of this Indictment, did knowingly and intentionally distribute a Schedule II controlled substance, to wit: at least five grams or more of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii), and Title 18, United States Code, Section 2.

## COUNT FOUR
## (DISTRIBUTION OF METHAMPHETAMINE)

That on or about August 5, 2020, in the Macon Division of the Middle District of Georgia, the defendant,

**JARVIS HAVIOR,**
a/k/a "J Bo,"

aided and abetted by other persons both known and unknown to the Grand Jury, did knowingly and intentionally distribute a Schedule II controlled substance, to wit: at least fifty grams or more of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT FIVE
## (DISTRIBUTION OF METHAMPHETAMINE)

That on or about August 27, 2020, in the Macon Division of the Middle District of Georgia, the defendant,

**JARVIS HAVIOR,**
a/k/a "J Bo,"

aided and abetted by other persons both known and unknown to the Grand Jury, did knowingly and intentionally distribute a Schedule II controlled substance, to wit: at least fifty grams or more of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT SIX
## (DISTRIBUTION OF METHAMPHETAMINE)

That on or about September 16, 2020, in the Macon Division of the Middle District of Georgia, the defendants,

**JARVIS HAVIOR,**
a/k/a "J Bo,"
**and**

**DWIGHT TURNER,**
a/k/a "Wight,"

aided and abetted by each other, and by other persons both known and unknown to the Grand Jury, did knowingly and intentionally distribute a Schedule II controlled substance, to wit: at least fifty grams or more of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT SEVEN
### (DISTRIBUTION OF METHAMPHETAMINE)

That on or about November 23, 2020, in the Macon Division of the Middle District of Georgia, the defendants,

**JARVIS HAVIOR,**
a/k/a "J Bo,"
and
**DWIGHT TURNER,**
a/k/a "Wight,"

aided and abetted by each other, and by other persons both known and unknown to the Grand Jury, did knowingly and intentionally distribute a Schedule II controlled substance, to wit: at least fifty grams or more of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT EIGHT
### (POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE)

That on or about March 27, 2021, in the Macon Division of the Middle District of Georgia, the defendants,

**BRUCE HARRISON,**
and
**RONALD BREWER,**

aided and abetted by each other, and by other persons both known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a Schedule II controlled

5

substance, to wit: at least fifty grams or more of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT NINE
### (POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE)

That on or about November 16, 2020, in the Macon Division of the Middle District of Georgia, the defendants,

**MATTHEW CAMERON,**
and
**ANNIE COLLINS,**

aided and abetted by each other, and by other persons both known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit: at least fifty grams or more of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT TEN
### (POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE)

That on or about April 5, 2020, in the Macon Division of the Middle District of Georgia, the defendants,

**JARVIS HAVIOR,**
a/k/a "J Bo,"
and
**ANRICO TAYLOR,**
a/k/a "Rico,"

aided and abetted by each other, and by other persons both known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit: at least fifty grams or more of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT ELEVEN
## (POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE)

That on or about April 5, 2020, in the Macon Division of the Middle District of Georgia, the defendants,

**JARVIS HAVIOR,
a/k/a "J Bo,"
and
MAEGAN SIMMONS,**

aided and abetted by each other, and by other persons both known and unknown to the Grand Jury, at a location different from that alleged in Count Ten of this Indictment, did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit: at least five grams or more of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT TWELVE
## (POSSESSION OF A FIREARM IN FURTHERANCE OF
## A DRUG TRAFFICKING CRIME)

That on or about April 5, 2021, in the Macon Division of the Middle District of Georgia, the defendants,

**JARVIS HAVIOR,
a/k/a "J Bo,"
and
MAEGAN SIMMONS,**

aided and abetted by each other, did knowingly possess a firearm, to wit, a Glock 27 .40 caliber pistol bearing serial number SRR529, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, the offense set forth in Count Eleven of this Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A) and Title 18, United States Code, Section 2.

7

## COUNT THIRTEEN
### (POSSESSION OF COCAINE WITH INTENT TO DISTRIBUTE)

That on or about April 5, 2020, in the Macon Division of the Middle District of Georgia, the defendants,

**JARVIS HAVIOR,**
**a/k/a "J Bo,"**
**and**
**PARIS BINION,**

aided and abetted by each other, and by other persons both known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit: a mixture or substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FOURTEEN
### (POSSESSION OF COCAINE BASE WITH INTENT TO DISTRIBUTE)

That on or about April 5, 2020, in the Macon Division of the Middle District of Georgia, the defendants,

**JARVIS HAVIOR,**
**a/k/a "J Bo,"**
**and**
**PARIS BINION,**

aided and abetted by each other, and by other persons both known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit: a mixture or substance containing a detectable amount of cocaine base also known as crack cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

8

## COUNT FIFTEEN
## (POSSESSION OF A FIREARM IN FURTHERANCE OF
## A DRUG TRAFFICKING CRIME)

That on or about April 5, 2021, in the Macon Division of the Middle District of Georgia, the defendants,

**JARVIS HAVIOR,**
a/k/a "J Bo,"
and
**PARIS BINION,**

aided and abetted by each other, did knowingly possess a firearm, to wit, a Heckler & Koch handgun bearing serial number 224-229801, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, the offense set forth in Count Fourteen of this Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A) and Title 18, United States Code, Section 2.

## COUNT SIXTEEN
## (POSSESSION OF A FIREARM BY A CONVICTED FELON)

That on or about April 5, 2021, in the Macon Division of the Middle District of Georgia, the defendant,

**PARIS BINION,**

Defendant herein, knowing that she had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, a Heckler & Koch handgun bearing serial number 224-229801, said firearm having been shipped and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT SEVENTEEN
## (MAINTAINING A DRUG-INVOLVED PREMISES)

From on or about July 1, 2020, and continuing to on or about November 1, 2021, in the Macon Division of the Middle District of Georgia, and elsewhere, the defendants,

**JARVIS HAVIOR,**
a/k/a "J Bo,"
and
**PARIS BINION,**

aided and abetted by each other and by other persons both known and unknown to the Grand Jury, did lease, rent, use, and maintain a place located at 2350 Hurt Street, Milledgeville, Georgia, for the purpose of distributing methamphetamine, a Schedule II controlled substance, cocaine, a Schedule II controlled substance, and cocaine base also known as crack cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 856(a)(1), in connection with in connection with Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION
## (18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, 28 U.S.C. § 2461(c))

Upon conviction of one or more of the offenses in violation of Title 21, United States Code, as set forth in this Indictment, Defendant,

**JARVIS HAVIOR,**
a/k/a "J Bo"

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including, but not limited to:

    a.    $2018 Audi Q7 Prestige SUV

If any of the property described above, as a result of any act or commission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented By:

PETER D. LEARY
UNITED STATES ATTORNEY

ALEX KALIM
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 11 day of Jan, AD 2022.

Deputy Clerk